## TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Western District of Texas, Waco          District Court Docket No. 99-cr-00070-LY

Short Case Title: USA v. Vialva et al

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: _____

Date Notice of Appeal Filed by Clerk of District Court: Feb. 18, 2018          Court of Appeals No.: 18-70007

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☑No Hearings ☑Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
   **OR**
   **Check All of the Following that Apply, Include date of the proceeding**.
   This is to Order a Transcript of the following proceedings: ☐Bail Hearing: _____ ☐Voir Dire:_____
☐Opening Statement of Plaintiff:_____ ☐Opening Statement of Defendant:_____
☐Closing Argument of Plaintiff:_____ ☐Closing Argument of Defendant:_____
☐Opinion of court:_____ ☐Jury Instructions:_____ ☐Sentencing:_____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify that satisfactory financial arrangements have made. Method of Payment:**
☐Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐Other IFP Funds; ☐Advance Payment waived by reporter; ☐U.S. Government Funds

☐Other_____

Signature  s/ Jared Tyler _____ Date Transcript Ordered Feb. 26, 2018

Print Name Jared Tyler _____ Phone: 713-222-7788

Counsel for Christopher Vialva _____

Address P.O. Box 764, Houston, Texas, 77001

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

        ☐Satisfactory Arrangements for payment were made on _____
        ☐ Payment Arrangements have NOT been made. Reason: ☐Deposit not received ☐Unable to contact ordering party

            ☐Other (Specify)_____

Date:_____ Signature of Reporter:_____ Tel._____

Email of Reporter:_____ Address of Reporter:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

      This is to certify that the transcript has been completed and filed at the District Court today.

      Actual Number of Pages: _____     Actual Number of Volumes:_____

Date: _____     Signature of Reporter:_____