**CAPITAL CASE**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent - Appellee, | ) | |
| | ) | |
| v. | ) | 18-70007 |
| | ) | |
| **CHRISTOPHER ANDRÉ VIALVA,** | ) | |
| | ) | |
| Movant - Appellant. | ) | |

## MOVANT-APPELLANT'S
## APPLICATION FOR CERTIFICATE OF APPEALABILITY

Pursuant 28 U.S.C. § 2253(c) and Rule 22(b) of the Federal Rules of Appellate Procedure, Movant-Appellant Christopher André Vialva, by counsel, hereby applies for a Certificate of Appealability authorizing him to appeal from the order and judgment of the United States District Court for the Western District of Texas denying his motion for relief from judgment pursuant Rule 60(b), Federal Rules of Criminal Procedure, as specified in his Notice of Appeal.

The grounds and arguments in support of issuance of a Certificate of Appealability are set forth fully in the accompanying Brief in Support of Application for Certificate of Appealability.

Respectfully submitted,

*s/Jared Tyler*
JARED TYLER
Texas Bar Association #24042073
Tyler Law Firm, PLLC
P.O. Box 764
Houston, Texas 77001
Telephone: 713 861-4004
Electronic Mail: jptyler@tylerlawfirm.org.

SUSAN M. OTTO
Oklahoma Bar # 6818
Federal Public Defender
MICHAEL LIEBERMAN
Oklahoma Bar #32694
Assistant Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930
Electronic Mail: Susan_Otto@fd.org;
Michael_Lieberman@fd.org.

COUNSEL FOR MOVANT/APPELLANT
CHRISTOPHER ANDRÉ VIALVA

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH ECF FILING STANDARDS

I certify that, on April 16, 2018, the foregoing motion was served, via the Court's CM/ECF Document Filing System, https://ecf.ca5.uscourts.gov/, upon the following registered CM/ECF users:

>Mr. Joseph H. Gay, Jr.
>Assistant U.S. Attorney
>U.S. Attorney's Office
>Western District of Texas
>601 N.W. Loop 410, Suite 600
>San Antonio, TX 78216-5512
>joseph.gay@usdoj.gov

Counsel further certifies that (1) required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

>*s/Jared Tyler*
>JARED TYLER