## No. 18-70008

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

_____

### UNITED STATES OF AMERICA,
*Respondent-Appellee*,

**v.**

### BRANDON BERNARD,
*Defendant-Appellant*

_____

**On Appeal from the United States District Court
For the Western District of Texas, Waco Division**

**District Court No. 6:04-CV-164
Hon. Lee Yeakel, United States District Judge**

---

### DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR
### LEAVE TO FILE REPLY IN SUPPORT OF APPLICATION FOR COA

---

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

Petitioner-Appellant BRANDON BERNARD, an indigent federal prisoner

under sentence of death, by and through undersigned counsel, moves for leave to

file a Reply in support of his request for a Certificate of Appealability.

Respondent-Appellee DOES NOT OPPOSE the relief requested.

This is an appeal from the denial of a motion for relief from judgment made

1

pursuant to Fed. R. Civ. P. 60(b). For the reasons set forth in detail in Mr. Bernard's opening brief in support of COA and in the accompanying proposed Reply, this case presents a substantial claim that the adverse judgment in Mr. Bernard's prior proceeding under 28 U.S.C. § 2255 was tainted by a procedural defect that rendered the judgment subject to reconsideration under Rule 60(b). For this Court to be fully informed regarding the relevant disputes between the parties regarding whether a COA should issue, it is appropriate that Mr. Bernard be permitted to file a Reply that addresses the arguments made by the government in opposing a COA.

In a capital case like this one, a reviewing court has an "exacting" duty to exercise "painstaking care" in reviewing legal claims that may implicate constitutional error. *Kyles v. Whitley*, 514 U.S. 419, 422 (1995) (citation omitted). That task will be facilitated by the fullest possible presentation of the issues in dispute. Because of the factual and legal complexity of this case and the constitutional demand for "heightened reliability" in capital cases, *see generally Gardner v. Florida*, 430 U.S. 439 (1977), we respectfully request that the Court grant leave to file the accompanying Reply in support of a COA. Respondent's counsel indicated in an email to undersigned counsel on May 15, 2018, that the government would not oppose the filing of a reply.

2

## CONCLUSION

For the reasons stated above, Mr. Bernard respectfully requests that this Court grant him leave to file the accompanying Reply in support of his pending application for a Certificate of Appealability.

Respectfully submitted,

*s/ Robert C. Owen*
Robert C. Owen, TX Bar #15371950
Bluhm Legal Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, Illinois 60611-3069
312.503.0135 voice
312.503.8977 fax
robert.owen@law.northwestern.edu

*s/ John R. Carpenter*
John R. Carpenter, WA Bar #23301
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
253.593.6710 voice
253.593.6714 fax
john_carpenter@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018, I electronically filed the foregoing Unopposed Motion for Leave to File Reply in Support of Application for Certificate of Appealability with the Clerk of the Court using the CM/ECF system which will send notification of filing to the parties associated with the case.

*s/ John R. Carpenter*
John R. Carpenter, Washington Bar No. 23301
Asst. Federal Public Defender
Western District of Washington
1331 Broadway, Suite 400
Tacoma, WA 98402
Phone: (253) 593-6710 / Fax: (253) 593-6714
Email: john_carpenter@fd.org