No. 18-70007

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT


CHRISTOPHER ANDRÉ VIALVA,
*Movant/Appellant,*


v.


UNITED STATES OF AMERICA,
*Respondent/Appellee.*


On Appeal from the United States District Court for the Western District
of Texas, Waco Division
Criminal Case Number W-99-CR-070


Honorable Lee Yeakel
United States District Judge


**APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY
BRIEF IN SUPPORT OF MOTION FOR CERTIFICATE OF
APPEALABILITY**

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

Petitioner-Appellant Christopher Vialva requests leave to file a Reply in support of his request for a Certificate of Appealability. In accordance with Rule 27.4, counsel for Mr. Vialva contacted counsel for Respondent-Appellee regarding this request and was advised Respondent-Appellee is unopposed to the motion.

This is an appeal in a capital case from the denial of a motion for relief from judgment made pursuant to Fed. R. Civ. P. 60(b). The sought appeal presents a

substantial claim about whether Mr. Vialva's motion for relief from the order denying his Motion to Vacate filed under 28 U.S.C. § 2255 was a successive Section 2255 motion or properly attacked a defect in the integrity of the proceeding. For this Court to be fully informed regarding the relevant disputes between the parties, it is appropriate that Mr. Vialva be permitted to file a reply addressing the arguments made by the Government in its opposition.

Respectfully submitted,

*s/Jared Tyler*
JARED TYLER
Texas Bar Association #24042073
Tyler Law Firm, PLLC
P.O. Box 764
Houston, Texas 77001
Telephone: 713 861-4004
Electronic Mail: jptyler@tylerlawfirm.org.

SUSAN M. OTTO
Oklahoma Bar # 6818
Federal Public Defender
MICHAEL LIEBERMAN
Oklahoma Bar #32694
Assistant Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930
Electronic Mail: Susan_Otto@fd.org;
Michael_Lieberman@fd.org.

COUNSEL FOR APPELLANT/MOVANT
CHRISTOPHER ANDRÉ VIALVA

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH ECF FILING STANDARDS

I certify that, on July 2, 2018, the foregoing brief in support was served, via the Court's CM/ECF Document Filing System, https://ecf.ca5.uscourts.gov/, upon the following registered CM/ECF users:

> Joseph H. Gay Jr.
> Assistant U.S. Attorney
> U.S. Attorney's Office
> Western District of Texas
> 601 N.W. Loop 410, Suite 600
> San Antonio, TX 78216-5512
> joseph.gay@usdoj.gov

Counsel further certifies that (1) required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

 *s/Jared Tyler*
JARED TYLER