# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 03, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 18-70007   USA v. Christopher Vialva
                       USDC No. 6:04-CV-163

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Monica R. Washington, Deputy Clerk
                        504-310-7705

Mr. Joseph H. Gay Jr.
Mr. Michael Robert Hardy
Mr. Michael W. Lieberman
Ms. Susan M. Otto
Mr. Jared Tyler